## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Halverson Wood Products, Inc., <br><br>                     Plaintiff, <br><br> vs. <br><br> Classified Systems LLC, <br>   *d/b/a* Hammerhead Attachments, <br><br>                     Defendant. | Case No. 20-cv-00801-JRT-LIB <br><br> **LR 7.1(f) CERTIFICATE OF COMPLIANCE** |

The undersigned hereby certifies that the foregoing memorandum complies with Local Rule 7.1(f).  The undersigned further certifies that the foregoing memorandum contains 6,435 words, that Word for Mac 2011, Version 14.7.7, was used in its preparation, and that the word-count function of this word processing program was applied to specifically include all text, including headings, footnotes, and quotations in the reported word count.

Dated:  March 2, 2021

By: *s/Dustin R. DuFault*
Dustin R. DuFault (302,776)
**DuFault Law Firm, P.C.**
PO Box 1219
Minnetonka, MN 55345
Tel: (952) 935-4392
Fax: (866) 936-4542
Dustin@DuFault-Law.com

**ATTORNEY FOR PLAINTIFF**
**Halverson Wood Products, Inc.**

1